Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
Tel.: (212) 513-3200
Fax: (212) 385-9010
E-mail: michael.frevola@hklaw.com
        chris.nolan@hklaw.com
        lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*Porsøy AS*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORSØY AS,

                                Plaintiff,                    08 CV 10564 (BSJ)

                - against -                           **TURNOVER AND
                                                       DISMISSAL ORDER**
SOGLASSYE INSURANCE COMPANY a/k/a
SOGLASIE INSURANCE COMPANY,

                                Defendant.

**The Court,** having been notified by counsel for Plaintiff Porsøy AS ("Porsoy") that

Porsoy and Defendant Soglassye Insurance Company a/k/a Soglassie Insurance Company

("Soglassye") have reached an Agreement dated May 20, 2009 with respect to their

underlying maritime dispute and this Supplemental Rule B action and that under said

Agreement the sum of $143,566.50 (the "Attached Funds"), presently under attachment

pursuant to the Court's Order of Maritime Attachment and Garnishment, in the possession of

garnishee banks: (1) Bank of New York Mellon ($40,389.38 [comprised of the following wire

transfers: $10,172.36, $4,725.00, $11,500.00, $11,117.02, $2,875.00]); (2) American Express (56,538.00); (3) Citibank N.A. ($9,320.00); (4) Wachovia Bank ($11,502.66 [comprised of the following wire transfers: $6,935.04, $4,567.62]); (5) JPMorgan Chase ($25,482.38 [comprised of the following wire transfers: $610.26, $24,872.12]); and (6) BNP Paribas ($334.08), are to be released pursuant to the original wire transfer instructions;

**IT IS HEREBY ORDERED** that the Attached Funds are be released and transferred pursuant to the original wire transfer instructions;

**IT IS FURTHER ORDERED** that the Attached Funds shall not be subject to any attachment in New York or otherwise when being released by Bank of New York Mellon, American Express, Citibank N.A, Wachovia Bank, N.A, JPMorgan Chase Bank, and BNP Paribas, respectively pursuant to this Order, when en route to their final destination as provided for in the original wire transfer instructions;

**IT IS FURTHER ORDERED** that this action is discontinued without prejudice and without costs as to either party subject to being reopened within 30 days if any issues arise concerning the receipt of the Attached Funds.

**SO ORDERED:**

Barbara S. Jones

May 28, 2009

2